**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos Reubern GUASSAC, and Grace Barbara Necochea, Defendants– Appellants.**

Nos. 98–50035, 98–50051.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 1998.

Decided March 2, 1999.

Keith H. Rutman, San Diego, California, for defendant-appellant Guassac.

Ben L. Coleman, Federal Defenders, San Diego, California, for defendant-appellant Necochea.

Peter A. Frandsen, Criminal Division, U.S. Department of Justice, San Diego, California, for the plaintiff-appellee.

Before: KOZINSKI and O'SCANNLAIN, Circuit Judges, and LOVELL,[1] District Judge.

PER CURIAM:

 Appellants contend that the Mesa Grande Band of Mission Indians is not an "Indian Tribal Organization" within the meaning of 18 U.S.C. § 1163 and, therefore, that we must reverse their conviction because the district court lacked jurisdiction over them. The Tenth Circuit rejected a

---

1. The Honorable Charles C. Lovell, United States District Judge for the District of Montana, sitting by designation.

similar claim in *United States v. Palmer*, 766 F.2d 1441 (10th Cir.1985). We agree with their reasoning and conclude that "federal criminal statutes are applicable uniformly to all tribes within the jurisdiction of Congress." *Id.* at 1444. Accordingly, this case was properly brought under 18 U.S.C. § 1163.

**AFFIRMED.**